DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ALI ALTINTAS,

Appellant,

v.

ABDURRAHMAN DURAL,

Appellee.

No. 2D2025-0744

_____

December 5, 2025

Appeal from the County Court for Pinellas County; Lorraine Kelly, Judge.

Ali Altintas, pro se.

Abdurrahman Dural, pro se.

PER CURIAM.

  Affirmed.

LUCAS, C.J., and KELLY and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.